# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| CEDRIC GREENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25-cv-00341 RWS |
| ) | |
| 430 SOUTH LOS ANGELES STREET LLC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Before me is Plaintiff Cedric Greene's post-dismissal motion to "Reinstate with Leave to Amend; Request for Judicial Notice." ECF No. 14. Plaintiff's action was dismissed by the Court on March 31, 2025, for lack of proper venue and lack of jurisdiction. ECF Nos. 5 –6. He appealed the dismissal to the Eighth Circuit Court of Appeals who summarily affirmed the dismissal on June 5, 2025. *See Greene, Jr. v. 430 S. Los Angeles St., LLC*, No. 25-1720 (8th Cir. 2025).

The Court declines to reopen this closed matter and will instruct the Clerk to return Plaintiff's filings to him. Plaintiff will not be allowed to file in this closed action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's post-dismissal motion to "Reinstate with Leave to Amend; Request for Judicial Notice" [14] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this matter would not be taken in good faith.

**IT IS FURTHER ORDERED** that the Clerk shall return plaintiff's filings to him, *see* ECF No. 14, as this matter is closed.

**IT IS FURTHER ORDERED** that plaintiff shall not be allowed to file in this closed action. All filings shall be returned to him.

Dated this 15th day of July 2025.

                                        _____
                                        RODNEY W. SIPPEL
                                        UNITED STATES DISTRICT JUDGE